IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SKYLER D. JONES,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3313

Opinion filed May 19, 2016.

An appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

Paolo G. Annino, Supervising Attorney, FSU Public Interest Law Center, Tallahassee, Justin Karpf, Certified Legal Intern, FSU Public Interest Law Center, Tallahassee, Donna Duncan of Sanders and Duncan, P.A., Apalachicola, for Appellant.

N. Adam Tebrugge, ACLU Foundation of Florida, Inc., Tampa; Nancy Abudu, ACLU Foundation of Florida, Inc., Miami; Sonya Rudenstine, Gainesville; Karen Gottlieb, FIU College of Law, Miami, Amicus Curiae.

Pamela Jo Bondi, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., LEWIS and RAY, JJ., CONCUR.